**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

FILED FEB 2[5] 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Name _Jackson, Maurice_      #2326665
       (Last)      (First)      (Initial)

Prisoner Number _P.O. BOX 67 @ San Bruno, Ca. 94066_

Institutional Address _# County Jail #5 @ Bruno   2/13/08_

================================================================

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_MAURICE JACKSON 2/13/08_
(Enter the full name of plaintiff in this action.)

Case No. **CV 08 - 1110 CW (PR)**
(To be provided by the clerk of court)

vs.

_San Francisco Sheriffs Dept._
_Deputy Garcia, & Dept Vigil_
_Dept. Sato @ C.J.#5 @ San Bruno_
_Jail, & Also Depty Herron._
(Enter the full name of the defendant(s) in this action)

COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

E-filing

[All questions on this complaint form must be answered in order for your action to proceed..]

I.   Exhaustion of Administrative Remedies

[Note: You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.   Place of present confinement _____

B.   Is there a grievance procedure in this institution?
     YES (✓)    NO ( )

C.   Did you present the facts in your complaint for review through the grievance procedure?
     YES (✓)    NO ( )

D.   If your answer is YES, list the appeal number and the date and result of the
     _12/13/07_           _#655 TAFF 07055_

COMPLAINT                    - 1 -

_Excessive force / police brutality._

1 | appeal at each level of review. If you did not pursue a certain level of appeal,
2 | explain why.
3 | 1. Informal appeal ___YES___
4 |
5 | _____2. First
6 | formal level_____"    "    "_____
7 |
8 |
9 | 3. Second formal level___YES___
10 |
11 | _____4 Third
12 | formal level _____"    "    "_____
13 |
14 |
15 | E. Is the last level to which you appealed the highest level of appeal available to
16 | you?
17 | YES (✓)   NO ( )
18 | F. If you did not present your claim for review through the grievance procedure,
19 | explain why. ___N/A.___
20 |
21 |
22 | II. Parties
23 | A. Write your name and your present address. Do the same for additional plaintiffs,
24 | if any.
25 | Maurice Jackson
26 | P.O. BOX 67 @ San Bruno, Ca. 94066
27 |
28 | B. Write the full name of each defendant, his or her official position, and his or her

Deputies SATO, HERRON, Garcia, Ragual, Vigil @
San Bruno County Jail #5 @ Annex
COMPLAINT
Sheriff Michael Hennessy / C.E.O.

1    place of employment.
2    _____
3    _____
4    _____
5    _____
6    _____ III.
7    Statement of Claim
8        State here as briefly as possible the facts of your case. Be sure to describe how each
9    defendant is involved and to include dates, when possible. Do not give any legal arguments or
10   cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11   separate numbered paragraph. On 12/13/07 I was asleep at 8:00am
12   when a deputy Garcia over in Annex school-dorm
13   ordered me up, and snatched my feet (covers) the
14   covers-off, and yelled =Now=. I stated yes I am getting
15   up, he yelled "hurry-up", I was still drowsy but I asked
16   him does he need me to open my locker, he said yes,
17   but "pushed"/violently shoved me against the wall,
18   excessive-force, then all of a sudden I was being
19   brutaly choked, slammed to the ground and hit
20   by 6 deputies, while many other students looked
21   on, and their are many witnesses. These deputies
22   hurt my shoulder, I have documents for my
23   shoulder, which they had me on medication, for
24   my back.
25   IV.   Relief
26       Your complaint cannot go forward unless you request specific relief. State briefly exactly
27   what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28   WILL DISCUSS AT A LATER DATE WITH COUNSEL.

COMPLAINT                              - 3 -

I declare under penalty of perjury that the foregoing is true and correct.

Signed this **12** day of **Feburary**, 20**08**

*Maurice Jackson*
(Plaintiff's signature)

COMPLAINT - 4 -

