IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAURICE JACKSON,

    Plaintiff,

v.

SAN FRANCISCO SHERIFF'S DEPT., et al.,

    Defendants.
                                      /

No. C 08-01110 CW (PR)

ORDER OF DISMISSAL WITHOUT PREJUDICE

    Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983. On the same day the action was filed the Clerk of the Court sent a notice to Plaintiff, informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's in forma pauperis application. The Clerk sent Plaintiff a blank in forma pauperis application and told him that he must pay the fee or return the completed application within thirty days or his action would be dismissed.

    Plaintiff filed a completed in forma pauperis application; however, he did not file copies of his certificate of funds and prisoner trust account statement. More than thirty days have passed and Plaintiff has not submitted a signed certificate of funds or prisoner trust account statement.

    Accordingly, this action is DISMISSED WITHOUT PREJUDICE. Plaintiff's in forma pauperis application (docket no. 2) is DENIED as incomplete. The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated: 4/30/08

                                                   /s/ Claudia Wilken
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MAURICE JACKSON,

        Plaintiff,

  v.

SAN FRANCISCO SHERIFFS DEPT et al,

        Defendant.

Case Number: CV08-01110 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Maurice Jackson 2326665
San Francisco County Jail #5- San Bruno
P.O. Box 67
San Bruno, CA 94066

Dated: April 30, 2008

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

P:\PRO-SE\CW\CR.08\Jackson1110.DISIFP.wpd     2